IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LENARD PUGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTON NO. 09-0507-WS-N |
| | ) | |
| WARDEN KENNETH JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that the petitioner's collateral challenge to his state conviction, brought pursuant to 28 U.S.C. §2254, is DISMISSED without prejudice, and that a Certificate of Appealability is DENIED.

DONE this 1st day of April, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE