IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LENARD PUGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTON NO. 09-0507-WS-N |
| | ) | |
| WARDEN KENNETH JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the action be dismissed without prejudice and that judgment be entered in favor of the Respondent in the above-styled action. A Certificate of Appealability is DENIED. No costs are taxed.

DONE this 1st day of April, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE